# In the
# United States Court of Appeals
# For the Eleventh Circuit

_____

No. 24-13216

_____

In Re: CARLOS C. DEL AMO,

                                                                             Debtor.

_____

STOREY MOUNTAIN,

                                                      Plaintiff-Appellant,

*versus*

CARLOS C. DEL AMO,
MARCIA T. DUNN,

                                                      Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida

D.C. Docket No. 1:23-cv-21742-JB

_____

ORDER:

This case is currently scheduled for oral argument the week of September 15, 2025. Appellant Storey Mountain has filed an appellant's brief. But neither appellee Carlos Del Amo nor appellee Marcia Dunn has filed an appellee's brief.

On its own motion, the Court directs amicus curiae counsel be appointed. Amicus curiae counsel will not represent either party on appeal. Instead, amicus curiae counsel will have an opportunity to submit a brief and participate at oral argument, arguing in support of the district court's judgment below.

The Court hereby appoints the following attorneys to act as amicus curiae counsel in this appeal:

> Dimitri Peteves & Nick McNamara
> Creed & Gowdy
> 865 May Street
> Jacksonville, Florida 32204
> 904-350-0075
> dpeteves@appellate-firm.com
> nmcnamara@appellate-firm.com

Amicus curiae counsel will have 40 days from the date of this order to file an amicus brief. Within 21 days after the amicus brief is filed, Storey Mountain may file a reply brief to the amicus brief. The amicus brief shall be no more than 13,000 words, and Storey

Mountain's reply brief shall be no more than 6,500 words. Upon the issuance of the opinion in this appeal, amicus curiae's counsel appointment will end, and counsel will have no further responsibilities pertaining to this case.

                                              DAVID J. SMITH
                        Clerk of the United States Court of
                             Appeals for the Eleventh Circuit

                 ENTERED FOR THE COURT - BY DIRECTION